# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CR. NO. 13-142 (RCL) |
| v. : | 13-143 |
| : | |
| JOSE EMANUEL GARCIA SOTA, : | |
| also known as "Zafado," : | |
| : | |
| JESUS IVAN QUEZADA PINA, : | |
|     also known as "Loco," : | |
| : | |
|         Defendants. : | |

## NOTICE OF DISCLOSURE OF EXPERT WITNESSES

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia and the Criminal Division, United States Department of Justice, respectfully provides notice of its disclosure to defendants Jose Emanuel Garcia Sota and Jesus Ivan Quezada Pina, through their counsel, of the government's intent to call expert witnesses at trial in this matter. In accordance with Fed. R. Crim. P. 16 and the Court's January 30, 2017, Scheduling Order, on April 21, 2017, the government produced a written summary of the expert testimony that the government intends to use under Fed. R. Evid. 702, 703, or 705 during its case-in-chief at trial.

                                                Respectfully Submitted,

| | |
|---|---|
| CHANNING D. PHILLIPS<br>United States Attorney for the<br>District of Columbia<br><br>MICHAEL C. DILORENZO<br>FERNANDO CAMPOAMOR-SANCHEZ<br>Assistant United States Attorneys | DAVID L. JAFFE<br>Acting Chief<br>DAVID KARPEL<br>Trial Attorney<br>Organized Crime and Gang Section<br>Criminal Division<br><br> /s/ Karen P. Seifert<br>ARTHUR WYATT<br>Chief<br>KAREN P. SEIFERT<br>Trial Attorney<br>Narcotic and Dangerous Drug Section<br>Criminal Division |

Date: April 21, 2017

**Certificate of Service**

    I certify that, by virtue of the Court's ECF system, a copy of the foregoing Notice has been sent to Counsel for defendants, Robert Feitel, Esq., and Elita Amato, Esquire, on April 21, 2017.

                                         /s/ Karen P. Seifert
                                         Karen P. Seifert
                                         Trial Attorney